UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-7365
(1:21-cv-01407-PTG-IDD)

_____

EDGARDO VASQUEZ CASTANEDA

    Petitioner - Appellant

v.

SUPERINTENDENT PAUL PERRY, in his official capacity as Superintendent of the Caroline Detention Facility; LYLE BOELENS, in his official capacity as Acting Field Office Director of the Immigration and Customs Enforcement, Enforcement and Removal Operations Washington Field Office; ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity as Attorney General of the United States

    Respondents - Appellees

------------------------------

IMMIGRANT LEGAL DEFENSE; LEGAL AID JUSTICE CENTER; LEGAL AID SOCIETY; MAKE THE ROAD NEW YORK; PRISONERS' LEGAL SERVICES OF NEW YORK

    Amici Curiae

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for

rehearing en banc.

                                                    For the Court

                                                    /s/ Nwamaka Anowi, Clerk